# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

## CHAPTER 13 PLAN COVER SHEET

Filing Date: __10/2/02__      Docket #: __02-46025 JBR__

Debtor: __Jacalyn S. Nosek__      Co-Debtor: _____

SS#: __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__      SS#: _____

Address: __60 Bolton Road__      Address: _____

__So Lancaster, MA 01561__

Debtor's Counsel: __Philip M. Stone__, Esquire

Address: __44 Front Street__

__Worcester, MA 01608__

Telephone #: __(508)755-7354__

Facsimile #: __(508)752-3730__

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. SECTION 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

          **CHAPTER 13 PLAN**   Docket # 02-46025 JBR

DEBTORS: (H) Jacalyn S. Nosek   SS# 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

     (W) _____   SS# _____

TERM OF THE PLAN   60*   Months
(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. section 1322(d) must be attached hereto.) *Debtor's income necessitates 5 year Plan.

PLAN PAYMENT: Debtor(s) to pay monthly: $ 216.00

I. **SECURED CLAIMS**

 A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of claim (pre-petition arrears, purchase money, etc.) | Amount of claim |
|---|---|---|
| Ameriquest Mortgage | pre-petition arrears | $ 3,706.50 |
| North American Capital | execution | $ 5,419.92 see V-B below |
| | | $ |
| | | $ |

Total of secured claims to be paid through the Plan $ 3,706.50

 B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Ameriquest Mortgage Corp | monthly mortgage payment |

## II. PRIORITY CLAIMS

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| Town of Lancaster | real estate taxes | 2,480.41 |
| Mass Dept of Revenue | income taxes | undetermined |

Total of priority claims to be paid through the plan $2,480.41

## III. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $_____
(to be paid in first 12 months of plan)

B. Miscellaneous fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
|  |  |  |

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission. In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

## IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of  10 % of their claims.

A. General unsecured claims:   $ 33,501.22 (DOR disputed)

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| North American Capital Corp | recorded execution | 5,419.92 |

Total of A + B general unsecured claims:   $ 38,921.14

C. Multiply total by percentage of dividend: $ 3,892.11
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower/student loan, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| Sallie Mae Servicing | student loan | $1,575.48 |
|  |  | $ |
|  |  | $ |

Total amount of separately classified
claims payable at  100 %:                                      $ 1,575.48

V. **OTHER PROVISIONS**

A. Liquidation of assets to be used to fund plan: _____

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

Secured lien of North American Capital Corp in the amount of $5,419.92 to be voided as impairing real estate exemption and claim to be treated as unsecured payable @ 10%

C. Miscellaneous provisions: At this time, Debtor does not anticipate there will be any tax liabilities resulting from her filing tax returns for the period of 1991-2001.

VI. **CALCULATION OF PLAN PAYMENT**

a. Secured claims (Section I-A Total):                         $ 3,706.50

b. Priority claims (Section II Total):                           +$ 2,480.41

c. Administrative claims (Section III A + B Total):    +$_____

d. General unsecured claims (Section IV-C Total):       +$ 3,892.11

e. Separately classified unsecured claims
   (Section IV-D Total):                                            +$ 1,575.48

f. Total of (a) through (e) above:                              =$ 11,655.

g. Divide (f) by .90 for total including
   Trustee's fee:                              Cost of Plan      =$ 12,950.

h. Divide (g) Cost of Plan by Term of plan:            60    months

i. Round up to nearest dollar:     Monthly Plan Payment: $ 216.00
                                   (Enter this amount on page 1)

Pursuant to 11 U.S.C. section 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

## LIQUIDATION ANALYSIS

I. Real Estate:

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 60 Bolton Road So Lancaster, MA | $ 165,000. | $ 112,931. |
| | $ | $ |
| | $ | $ |

Total Net Equity for Real Property:  $ 52,069.

Less Exemptions (Schedule C):  $ 56,490.

Available Chapter 7:  $ 0

II. Automobile (Describe year, make and model):

1988 Mercury Sable  Value $ 0       Lien $ ----   Exemption $ --

1990 Chevrolet      Value $ 700.    Lien $ ----   Exemption $ 700.

Net Value of Equity:  $ 700.

Less Exemptions (Schedule C): $ 700.

Available Chapter 7: $ 0

III. All Other Assets (All remaining items on Schedule B):
(Itemize as necessary) deposits, furnishings, clothing, personal possessions, jewelry, camera, annuity, office equipment

Value: $ 4,170.       Less Exemptions (Schedule C): $ 4,145.

Available Chapter 7: $ 25.

SUMMARY (Total amount available under Chapter 7):

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions:                                               $ 25.00

Additional Comments regarding Liquidation Analysis:

_____

_____

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____          Nov. 1, 2002
Debtor's counsel  Philip M. Stone         Date

Address:  44 Front Street

          Worcester, MA  01608

_____

Telephone#: (508)755-7354

I/WExxDECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____          11-01-02
Debtor                                    Date

_____          _____
Debtor                                    Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
       Debtor

Chapter 13
Case No.: 02-46025-JBR

## CERTIFICATE OF SERVICE

    I, Philip M. Stone, Esquire do hereby certify that on this day I forwarded a copy of Debtor's Proposed Chapter 13 Plan by mailing same first class, postage prepaid to the attached service list and to:

Chapter 13 Trustee
44 Front Street
Worcester, MA 01601
(BY HAND)

                                                /s/ Philip M. Stone
                                                Philip M. Stone

DATED:    November 1, 2002

| | | |
|---|---|---|
| Jacalyn S. Nosek<br>P.O. Box 1311<br>Lancaster, MA 01561 | Denise M. Pappalardo<br>P.O. Box 16607<br>Worcester, MA 01601 | Shannon A. Chlarson<br>Buchalter, Nemer,<br>P.O. Box 8129<br>Newport Beach, CA 92660 |
| AT & T Customer Fin Services<br>P.O. Box 16700<br>Mesa, AZ 85211 | American Express Centurion<br>P.O. Box 297884<br>Ft Lauderdale, FL 33329 | Arrow Financial Services<br>7031 North Lincoln Ave<br>Lincolnwood, IL 60712 |
| Associates National Bank<br>P.O. Box 142319<br>Irving, TX 75014 | Bank of America<br>P.O. Box 2493<br>Norfolk, VA 23501 | Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 |
| Buchalter,Nemer,Fields et al<br>P.O. Box 8129<br>Newport Beach, CA 92658 | Capital One Services Inc<br>P.O. Box 85015<br>Richmond, VA 23285 | Collectcorp<br>300 Pearl Street, Ste 200<br>Buffalo, NY 14202 |
| Discover<br>P.O. Box 15192<br>Wilmington, DE 19850 | ✓ Great Lakes Collection Bureau<br>45 Oak St<br>Buffalo, NY 14203 | Gulf State Credit LLC<br>P.O. Box 105460<br>Atlanta, GA 30348 |
| Hurley State Bank-Comp City<br>c/o Boyd & Boyd, P.C.<br>1185 Falmouth Road<br>Centerville, MA 02632 | Lane Bryant/WFNNB<br>P.O. Box 659407<br>San Antonio, TX 78265 | Leasecomm Corporation<br>c/o Peter DaMore, Jr.<br>11 Bedford Street<br>Burlington, MA 01803 |
| National Grid/Mass Electric Co<br>R & A Bankruptcy,<br>55 Bearfoot Road<br>Northboro, MA 01532 | North American Capital<br>c/o Gary Kreppel, Esquire<br>1661 Worcester Road<br>Framingham, MA 01701 | Norwest Bank Minnesota,NA, Tr<br>c/o Steven A. Ablitt, Esq.<br>333 North Avenue, 4th floor<br>Wakefield, MA 01880 |
| OSI Collection Services<br>P.O. Box 957<br>Brookfield, WI 53008 | Sallie Mae Servicing<br>P.O. Box 6229<br>Indianapolis, IN 46206 | Verizon<br>185 Franklin St, Room 903<br>Boston, MA 02110 |
| ✓ Washington National Insurance<br>P.O. Box 9019<br>Kokomo, IN 46904 | United States Attorney<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210 | Comm of Mass Det<br>Attn Chief Counsel<br>Hurley Bldg - Govt Center<br>Boston MA 02114 |
| Mass Dept of Revenue<br>Bankruptcy Unit<br>PO Box 9484<br>Boston MA 02205 | US Trustee<br>Franklin Square Tower<br>600 Main Street Suite 200<br>Worcester MA 01608 | Tax Collector<br>City or Town Hall<br>South Lancaster, MA 01561 |

| | | |
|---|---|---|
| American Express Optima<br>Acct# 3722 6220 6831006<br>P.O. Box 297884<br>Ft Lauderdale, FL 33329-7884 | Ameriquest Mortgage Company<br>#0004219515<br>P.O. Box 5646<br>Orange, CA 92863 | Financial Credit Corp<br>c/o Academy Coll Service Inc<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 |

Town of Lancaster
Tax Collector
695 Main St
Lancaster, MA 01523