FILED
IN CLERK'S OFFICE

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
#### WESTERN DIVISION

2003 FEB 11  P 12: 2P

BANKRUPTCY COURT
...ESTER, MA

In re:

Jacalyn S. Nosek
        Debtor

Chapter 13
Case No.: 02-46025-JBR

### Objection to Proof of Claim Filed by Ameriquest Mortgage Company

Now comes the Debtor, by and through counsel, and objects to the amount of pre-petition arrears claimed due on the Proof of Claim filed by Ameriquest Mortgage Company.

As grounds for her objection, Debtor states that the "Addendum A" attached to the Proof of Claim filed on or about October 16, 2002 fails to properly credit debtor for the following payments she has made:

| Date of Payment | Due for | Amount | Comments |
|---|---|---|---|
| 09/14/01 | 09/01 | $1,017.00 | |
| 11/05/01 | 10/01 | 1,025.00 | |
| 12/10/01 | 11/01 | 1,016.00 | |
| 01/18/02 | 12/01 | 920.00 | |
| | 01/02 | | |
| | 02/02 | | |
| 06/25/02 | 03/02 | 3,600.00 | Paid in open Court |
| 06/25/02 | 04/02 | | |
| 06/25/02 | 05/02 | | |
| 06/25/02 | 06/02 | | |
| 08/02 | 07/02 | 1,700.00 | Paid with two checks, tendered through prior counsel |
| 08/02 | 08/02 | | |
| | 09/02 | | |
| | 10/02 | | |



Debtor further notes that on March 29, 2002, she sent a check for $925.00 via certified mail to Ameriquest. The certified letter was returned to her stamped "REFUSED" The payment due for March, 2002 was paid in June, 2002.

By Debtor's accounts, the following pre-petition arrears are owed:

| Due For | Amount | Late Fee | Total Due |
| --- | --- | --- | --- |
| 01/02 | $884.38 | $26.53 | $910.91 |
| 02/02 | 884.38 | 26.53 | 910.91 |
| 09/02 | 820.96 | 24.63 | 845.59 |
| 10/02 | 820.96 | 24.63 | 845.59 |

TOTAL PRE-PETITION
ARREARS DUE                                    $3,513.00

Jacalyn S. Nosek
by her attorney,

Philip M. Stone, BBO # 544139
44 Front Street
Worcester, MA 01608
Tel. (508) 755-7354

Dated: February 11, 2003

## CERTIFICATE OF SERVICE

I, Philip M. Stone, Esquire do hereby certify that on this day I forwarded a copy of the foregoing pleading by mailing same first class, postage prepaid to the following:

Chapter 13 Trustee (BY HAND)
44 Front Street
Worcester, MA 01601

For Ameriquest Mortgage:
Buchalter, Nemer, Fields & Younger
895 Dove Street, Ste. 400
P.O. Box 8129
Newport Beach, CA 92660

Ameriquest Mortgage Company
Acct#: 0004219515
P.O. Box 5646
Orange, CA 92863

Jacalyn S. Nosek
60 Bolton Road
S. Lancaster, MA 01561

Philip M. Stone