UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
      Debtor

Chapter 13
Case No.: 02-46025-JBR

**Debtor's Opposition to Motion of Chapter 13 Trustee for Order Dismissing Case**

In opposition to the *Motion of Chapter 13 Trustee for Order Dismissing Case*, Debtor responds as follows:

1. Admits.

2. Admits.

3. Debtor is without sufficient information to respond, and therefore denies and calls upon Movant to so prove.

4. Denies. Debtor's Second Amended Chapter 13 Plan was filed with the Court on December 1, 2003.

5. No response by the Debtor appears to be required.

WHEREFORE, Debtor requests that the *Motion of Chapter 13 Trustee for Order Dismissing Case* be DENIED.

Jacalyn S. Nosek
by her attorney,

_____
Philip M. Stone, BBO # 544139
44 Front Street
Worcester, MA 01608
Tel. (508) 755-7354

Dated: December 1, 2003

## CERTIFICATE OF SERVICE

I, Philip M. Stone, Esquire do hereby certify that on this day I forwarded a copy of the foregoing pleading by mailing same first class, postage prepaid to the following:

Chapter 13 Trustee (BY HAND)
44 Front Street
Worcester, MA 01601

Jacalyn S. Nosek
60 Bolton Road
PO Box 1311
S. Lancaster, MA 01561

                                                                                          _____
                                                                                          Philip M. Stone

DATED:    December 1, 2003

FILED IN CLERK'S OFFICE
2003 DEC -1 P 12:1̲
BANKRUPTCY COURT
WORCESTER, MA